No. 525, Misc.  EDMONDSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Fred Blanton, Jr.,* and *R. Morel Montgomery* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 532, Misc.  MOORE *v.* NELSON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 537, Misc.  DAYE *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 542, Misc.  ELKINS *v.* KELLEY, CORRECTIONS DIRECTOR, ET AL.  C. A. 5th Cir.  Certiorari denied. *Richard W. Watkins, Jr.,* for petitioner.  *Arthur K. Bolton,* Attorney General of Georgia, *Harold N. Hill, Jr.,* Executive Assistant Attorney General, and *Marion O. Gordon* and *Courtney Wilder Stanton,* Assistant Attorneys General, for respondents.

No. 545, Misc.  WING *v.* YEAGER, PRINCIPAL KEEPER. C. A. 3d Cir.  Certiorari denied.

No. 548, Misc.  RODRIQUEZ *v.* NELSON, WARDEN. C. A. 9th Cir.  Certiorari denied.

No. 549, Misc.  DIMSDLE *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 594, Misc.  WILLIAMS *v.* UNITED STATES.  Ct. Cl. Certiorari denied.  *Solicitor General Griswold* for the United States.